UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Keith A. Inskeep                          :            Case #: 06-55348
        Marcie J. Inskeep

                                                          :            Chapter 13

                                                          :            Judge Preston

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: December 13, 2010                    /s/ Frank M. Pees_____
                                                            Frank M. Pees
                                                            Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| Homecomings Financial | $419.99 |
| 3451 Hammond Avenue | |
| Waterloo, IA  50702 | |